Submitted December 17, 2020, affirmed May 19, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*
*v.*
JOSHUA MICHAEL MASON,
*Defendant-Appellant.*
Lane County Circuit Court
211421541; A171647

487 P3d 58

Maurice K. Merten, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Stacy M. Du Clos, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Dashiell L. Farewell, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021).